# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALFONSO PERCY PEW, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 22-CV-1488 |
| | : | |
| GEORGE LITTLE, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 13th day of May 2022, upon consideration of Plaintiff Alfonso Percy Pew's Motion to Proceed *In Forma Pauperis* (ECF No. 1) and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **DENIED**, pursuant to 28 U.S.C. § 1915(g), for the reasons discussed in the Court's Memorandum.

2. If Pew seeks to continue with this case, he must remit $402 to the Clerk of Court within thirty (30) days of the date of this Order.

3. If Pew fails to comply with this Order, his case may be dismissed without further notice for failure to prosecute.

**BY THE COURT:**

/s/ Juan R. Sánchez
**JUAN R. SÁNCHEZ, C.J.**