United States District Court
Eastern District Of Pennsylvania

Affonso Percy Pew
        Plaintiff,

        -v.-

Case No. 22-CV-1488
Chief Judge Juan R. Sanchez

George Little. Executive Secretary Of Corrections
Ul(?)Klem - Director Of Treatment Services
K. Sorber. Facility Manager SCI. Phoenix
Mandy Biser Sipple - Deputy Centralized Services
John and Jane Doe's #1 Vote Sheet Members
Bolden - Chaplain
Rivello - Deputy
Bobbi Jo Salamon - Facility Manager
Tim Miller - C.C.P.M.
John and Jane Doe's #2 - Unit Team Members
John and Jane Doe's #3 - Security Team Members
John and Jane Doe's #4 - Religious Accommodation
Committee Members
John and Jane Doe's #5 Bureau Treatment Services
Members
Robert J. Marsh - Regional Deputy Secretary
Tabb Bickell - Executive Deputy Secretary
John Wetzel - Executive Deputy Secretary
Nick J. Paul - C.S.A
Kenneth Brubaker - CSA
LT. Myers
Coi. Hostage Negotiator - John Doe
Coi. Mattis
Coi - Hosterman
Capt. Andrews
Maj. Haldeman
Sued in Individual and Official Capacities,
Defendants

RECEIVED
AUG 1 7 2022

1.

<u>AMENDED</u> COMPLAINT WITH JURY DEMAND

## Introduction

This is a civil rights action filed by Alfonso Percy Pew, a state prisoner at S.C.I. Phoenix for a Temporary Restraining Order, Preliminary Injunction, Declaratory Judgment, Permanent Injunction, Compensatory and Punitive relief under 42 U.S.C. §§ 1983, Religious Land Use Institutionalized Persons Act, 2000 alleging the denial to practice his religion Shetaut Neter + Osirian and Ausar Auset Society under 1st and 14th Amendment of the United States Constitution and the depriving him of Religious and Medical Necessity of a Electric Razor which is approved and prescribed for weekly electric razor barber shave that was approved violating 8th and 1st Amendment and RLUIPA 2000 Religious Shaving Hair Removal from Arm Pits and Genitalia Area being denied. Also a fourth + 8th Amendment 2nd Excessive Body Cavity Search In Retaliation And Retaliatory Grievance Section # 925312 under 1st + 14th Amendment and Title 37 § 93.9. Jurisdiction

1. The Court has jurisdiction over the plaintiff claims of violation of federal constitutional rights under 42 U.S.C. §§ 1331(1) and 1343.

## Parties

2. The Plaintiff Alfonso Percy Pew is incarcerated at S.C.I. Phoenix under the current unconstitutional violations expressed in this Complaint.

3. Defendant George little is the Executive Secretary of Corrections he is responsible for the over all operations of the State Correctional Institutions statewide Policies.

4. Defendant Ulli Klem is the Director of Treatment Services he is responsible for the statewide Religious Services at State Correctional Institutions.

5. K. Sorber is the facility manager at S.C.I. Phoenix he is responsible for the management and over all operations at S.C.I. Phoenix.

6. Defendant Mandy Biser-Sipple is the Deputy of Centralized Services she is over Religious Services department in the S.C.I. Phoenix.

7. Defendant John and Jane Doe's #1 Vote Sheet members they were in charge of the voting process that denied Plaintiff Religious accommodations at S.C.I.-R.

2.

8. Defendant Bolden is the facility Chaplain from SCI-R that denied Plaintiff religious Request for religious Neccessities Accommodations.

9. Defendant Rivello is the Deputy at SCI-R who is responsible for management and operations.

10. Defendant Bobbi Jo Salamon is the facility Manager at SCI-R responsible for all operations at SCI-R.

11. Defendant Tim Miller is the C.C.P.M. at SCI-R he is responsible for all programs services at SCI-R.

12. Defendant John and Jane Doe's #2 Unit Team members they are involved in the voting process for religious accommodations at SCI-R.

13. Defendant John and Jane Doe's #3 Security Team members they are involved in the decision making process for Religious Accommodations at SCI-R.

14. Defendant John and Jane Doe's #4 Religious Accommodation member Committees they make the Final decisions about Religious Accommodations Statewide at all SCI's.

15. Defendant John and Jane Doe's #5 Bureau Treatment Services members they have final say so on Religious accommodations.

16. Defendant Robert J. Maesh is the Regional Deputy Secretary of Corrections in charge of SCI-R Region.

17. Defendant Tabb Bickell is the Executive Deputy Secretary he is in charge statewide of SCI-R and SCI Phoenix.

18. Defendant John Wetzel is the Executive Secretary of Corrections he has statewide control over all Religious Policies and Practices.

19. Defendant Nicki J. Paul CSA is the liason with the PA DOC, SCI-R and AGO.

20. Defendant K. Barbaker CSA is the liason with the PA DOC, SCI-R and AGO.

21. Defendant 2 T Meyers is a officer rank 3 at SCI-R

22. Defendant Hostage negotiate John Doe #6 is a officer rank C rescue

23. Defendant Mattis is a officer at SCI-R

24. C/o Hosterman is a officer at SCI-R

3.

25. Defendant Capt. Andrew is a Office rank 4 at SCI.P

26. Defendant Maj. Haldeman is a Office rank 5 at SCI.P Sued in Individual and Official Capacities Defendants.

## Facts

27. Plaintiff arrived at SCI Phoenix on September 24th 2021 from SCI Rockview.

28. Plaintiff prior to being transferred from SCI Rockview to SCI Phoenix had been a bona fide follower and practicioner of Shetaut Neter Religion, Osaeian Religion as taught by the Temple of Aset Shetaut Neter and as taught by Ausar Auset Society.

29. Plaintiff as such has previously litigated against the Pennsylvania Department of Corrections on two prior occassion until a Federal Settlement for a Vegan Diet Bag / Vegan Menu the first Settlement Agreement was in 2006 and the Second Settlement Agreement was in 2015 for the Courts verification Chief Judge Juan R. Sanchez can take Judicial Notice of No. 203-CV-01728-2PL Pew v. Terra et al magisteate Judge Lisa Pupo Lenihan See (Exhibit A)

30. Defendant John Wetzel, Defendant Tabb Bickell, Defendant Ulli Klem, Defendant John and Jane Doe's # 4 Religious Accommodation Committee Members and Defendant John and Jane Doe's # 5 Bureau Treatment Services Members were directly involved in the Settlement Agreement dating back March 30th 2015 that assured Plaintiff would be accommodated with the Vegan Diet Bag / Vegan menu while in the PA. DOC. SCI- Facilities for Life without parole for the Courts verification Chief Judge Juan R. Sanchez can take Judicial notice Page # 36 of 37 Transcript March 30th 2015 See (Exhibit B)

4.

31. Plaintiff on January 18th 2021 at SCI Rockview applied for Religious Diet Request Form under Shetaut Neter/Ausar Auset Society and Defendant Bolden on January 21st 2021 was involved in the process to deny Plaintiff Religious Diet.

32. Plaintiff under his Religious Faith practice had already been granted a Religious Hair Exemption in June 6th 2000 by the Pa. Dept. Of Cor. Priest Father William Terza for the Courts verification Chief Juan R. Sanchez see (Exhibit C)

33. Plaintiff on January 18th 2021 at SCI Rockview applied for Religious Accommodation Request Form under Shetaut Neter and Defendant Bolden on January 21st 2021 was involved in the process to deny Plaintiff Religious Hair net for Hair Loc's and the Religious Cam crowning the Hair Locs known as Ethiopian Cam.

34. Plaintiff while confined at SCI Rockview through previous litigation was assured by the Pennsylvania Department of Corrections that Plaintiff would be able to purchase outside the Institution a Ankh Cross Religious Medallion of Plaintiff choosing from Sidney Charles Religious Medallion the Court Chief Judge Juan R. Sanchez can take Judicial Notice at Court of Common Pleas Centre County CP-14-MD-0000710-2009 Judge Pamela A. Ruest Writ Of State Habeas Corpus decision may 13, 2011. See (Exhibit D)

35. Plaintiff on January 18th 2021 at SCI Rockview applied for Religious Accommodation Request Form Shetaut Neter, maat, Osarian, Ausar Auset Society and Defendant Bolden on January 21st 2021 was involved in the process to deny Plaintiff Religious Ankh Cross medallion from Sidney Charles Company.

5.

36. Plaintiff from January 18th 2021 on at S.C.I. Rockview would go on to apply Religious Accommodation Request forms for Neevines Homeopathic Herbal Medicine and Supplements for Plaintiff Religious Rites Religious Incense, Religious Oil, Religious Powder, Religious CD Music and Lectures and CD Player for Religious CD's and Defendant Bolden was involved in the process to deny each Religious Accommodation Request at S.C.I. Rockview until Plaintiff transfer to S.C.I. Phoenix September 24th 2021.

37. Defendant John and Jane Doe #1 Vote Sheet Members for S.C.I. Rockview from January 21st 2021 through September 24th 2021 after Defendant Bolden processed Plaintiff Religious Accommodations Request each member voted to deprive Plaintiff of Religious Necessities (a) Religious Ankh Cross medallion specific to Religion from Sidney Charles Company (b) Religious Incense, Religious Oil, Religious Powder, (c) Religious CD's and CD Player for Religious CD's (D) Religious Hair Net Covering for Religious Hair Locs's and Religious Head Wear for Religious Locs's a Tam (Ethiopian Tam) (E) Religious Diet Vegan Bag / Vegan menu.

38. Defendant Bolden, Rivello, John and Jane Does #2 Unit Team Members, John and Jane Does #3 Security Team Members, Tim millee C.C.P.M. maj. Haldeman, Bobbi Jo Salamon, John and Jane Does #1 Vote Sheet members each had a active Roll at the institutional facility level between January 21st 2021 on each submitted a single vote by vote sheet to deprive Plaintiff of Religious Necessities essential to the core practice of Plaintiff Religion. until September 24th 2021.

6.

39. Defendant's Ulli Klemm, John and Jane Doe's #5 Bureau Treatment Services members and John and Jane Doe's #4 Religious Accommodation Committee members on April 16th 2021 each individually and collectively had a single vote each that denied Plaintiff essential religious Items Neccessities vital to the Practice of Plaintiff core Religion:

(a). April 16th 2021 denial of Nervines Herbal medacine Homeopathy Remedies by Defendant Ulli Klemm and Department of Treatment Services (Bureau Treatment Services members and Religious Accommedation members. See (Exhibit E)

(b) April 16th 2021 denial of Vegan Bag by Defendant Ulli Klemm and Department of Treatment Services (Bureau Treatment Services members and Religious Accommedation members. See (Exhibit F)

(c) April 16th 2021 denial of Ankh Cross Medallion from Sidney Charles Company by Defendant Ulli Klemm and Department of Treatment Services (Bureau Treatment Services members and Religious Accommedation Committee members. See (Exhibit G)

(d) April 16th 2021 denial of incense, oil, powder Religious fragrance by Defendant Ulli Klemm and Department Of Treatment Services (Bureau of Treatment Services members and Religious Accommedation members. See (Exhibit H)

(e) April 16th 2021 denial of Religious CD's and CD Player by Defendant Ulli Klemm and Department of Treatment Services (Bureau Treatment Services members and Religious Accommedation members. See (Exhibit I)

(F) April 14th 2021 denial of Religious Hair Covering net for Hair Loc's and Religious Head Wear Ethiopian tam for Hair Loc's by Defendant Ulli Klemm and Department Treatment Services (Bureau Treatment Services members and Religious Accommodation members. See (Exhibit J)

40. Defendant George Little replaced Defendant John Wetzel. George Little, John Wetzel, Tabb Bickell, Robert J. Marsh are PA ADC Executive Staff after the last Settlement Agreement No.2:03-CV-01728 LPL Hearing March 30th 2015 See again (Exhibit Q) these Defendant George Little, John Wetzel, Tabb Bickell, Robert Marsh by way of Scott Whalen had a Memo in Plaintiff institutional medical Record files that Plaintiff receives a Vegan Bag/Vegan Menu so when Plaintiff arrived at SCI Rockview in 2018 from 2018 through September 24th 2021 these Defendant's Little, Wetzel, Bickell and Marsh had a binding legal duty to guarantee Plaintiff receive a Vegan Bag/Vegan Menu meals.

41. Defendant Little, Wetzel, Bickell, Marsh from January 1st 2021 through September 24th 2021 deprived Plaintiff of the right to practice his Religion by denial of core necessities, oil, incense, powder, CD's, CD player, hair covering, head wear, vegan diet, herbal recvines.

42. Defendant's Little, Klemm, John and Jane Does #1 Bolden, Rivello, Bobbi Jo Salomon, Tim Miller, John Jane Does #2, John Jane Does #3, John and Jane Does#4 John and Jane Does #5, Marsh, Bickell, Wetzel, Haldeman

8.

each knew Plaintiff could not eat meat, milk, cheese, dairy products, animal flesh, chicken, beef, turkey, fish which violates Plaintiff dietary religious restrictions laws and threatens Plaintiff health and safety.

43. Plaintiff at Rockview was suffering High Tey clycerides, Low Platelet Count, High BMI Hypertension Disease, Kidney Disease, Screening for Cancer and weight had went from 163 pounds in 2015 on vegan diet to 222 pounds on 2/3/21 because Plaintiff was being forced to eat animal products and denied Vegan Bag/Vegan menu. See (Exhibit K)

44. Plaintiff was 5"11 and 222 pounds which is obesity being fed animal products and unable to exercise properly because of covid 19 pandemic Plaintiff was confined in (D.T.U.) Level 5 Housing between January 1st 2021 and and September 24th 2021 with lack of movement and exercise.

45. On April 19th 2021 Defendant LT. Meyers, Coi Hostage Negotiator John Doe, Coi Mattis, Coi Hosterman because Plaintiff was on a religious fast practicing Plaintiff religion shetauthere Osarian the three Defendants came to Plaintiff cell threatening physical force to use a violent cell extraction employing chemical agents if Plaintiff did not comply with orders so Plaintiff unwillingly under threats of violent duress did strip naked and be escorted to medical

46. Plaintiff once at medical was placed into a locked shower cage and immediately again under violent duress use of force in shower made to strip naked again.

9.

47. After the second strip naked search in 10 minutes plaintiff was then under duress made to put on and wear a smock suicide dress and all the plaintiff cell contents under duress was left in the cell on the Unit Plaintiff was forced to leave.

48. When plaintiff was next taken out of the shower cage in a smock dress with no property Plaintiff was put in a medical isolation cell behind a brick wall with no legal papers, no cell contents from his unit cell, no property at all, no mattress to sleep on, no bed sheets, no blanket for cold air, no toilet paper for toilet use, no soap to wash, no wash cloth to bathe, no under clothes to change, no toothbrush dental hygien, everything was kept and withheld.

49. Plaintiff while confined in the medical isolation cell with nothing in it was denied showers, denied exercise, there was no open window in cell, a negative air flow from ventilation, no fans, no a/c the vents were off but at evening the nights get cold, Plaintiff had no other inmates around, no TV, no radio, no books, no magazine, no puzzles and was extreme, isolation solitary confinement with no anti suicide murals on wall.
10.

50. Plaintiff had <u>no</u> stimulation, <u>no</u> sensory and when requested was denied inmate peer support services called C.P.S. certified Peer Support Specialist all of this was in violation of the PA.DOC own written Policies DC-ADM 13.8.1. because Plaintiff was a D-Code SMI. inmate from D.T.U. Program.

51. Plaintiff was threatened the entire time with being forced fed having tubes forced up plaintiff nose and plaintiff was denied the PA.DOC Covid 19 phone calls and PA.DOC Covid 19 Kiosk use that inmates received.

52. This was retaliatorily based conduct for plaintiff exercising his Religious Right to fast so Plaintiff filed grievance # 925312 processed April 27th 2021. <u>See (Exhibit L)</u>

53. Defendant Nicki J. Paul and K. Brubaker and Bobbi Jo Salamon would conspire to obstruct the administrative due process due Title 37 § 93.9 Inmate Complaints by rejecting Processing of the grievance to a grievance officer to answer the grievance.

11.

54. Plaintiff exhausted to the 2nd level and Defendant Bobbi Jo Salamon attempted to give a justification for rejecting the grievance. See (Exhibit M)

55. Plaintiff again exhausted to the 3rd and final level and Defendant Wetzel and Defendant Little office agreed with Defendant Bobbi Jo Salamon to reject the precessing of Plaintiff valid grievance according to administrative procedure DC-ADM 804 and Title 37 Pa. Code 93.9 Inmate Complaints. See (Exhibit N)

56. Plaintiff suffered physical injury, physiologically, traumatic injury and irreparable harm while in medical isolation cell for a endless time span.

57. On September 24th 2021 Plaintiff was transferred to SCI Phoenix.

58. Plaintiff first made SCI Phoenix Defendant mandy Biser Sipple aware that Plaintiff is a vegan and suppose to receive a vegan diet under his religion Defendant mandy Biser Sipple was given a copy of Plaintiff Vegan Diet Card and Vegan meal See (Exhibit O) See (Exhibit P)

12.

59. Plaintiff after giving the documents to Defendant mandy Biser Sipple the Plaintiff also provided Defendant K. Scrber with the same documents.

60. Plaintiff next on several occassions at SGT. Phoenix spoke with Defendant mandy Biser-Sipple and Defendant K. Scrber and told them Plaintiff has had a medical authorization from medical practicioner and Pa.DOC. fee for over 29 years for a Electric Razor purchase the Defendants both have a <u>copy see</u> (Exhibit Q)

61. Plaintiff suffers a painful scarring condition of psuedo folliculitis, papulls which is a skin disability under 28 CFR §35.104 american Disability act. <u>See</u> (Exhibit R)

62. Defendant mandy Biser-Sipple and Defendant K. Scrber were made aware by Plaintiff that the Pa.DOC and SGT. Reckview made a agreement by Grievance Settlement that until such time the Pa.DOC sales the Electric Razors on the Commissary List until that time Plaintiff can receive Electric Razor shaves in Barbershop <u>each week</u>. Defendant's were given copies of the grievance and Plaintiff Barbershop passes callouts at Reckview.

13.

63. When Defendant mandy Biser-Sipple and Defendant K. Scober did not take action Plaintiff filed a grievance # 964261.

64. Defendant's Little, Bickell, Marsh Executive Staff office has not taken any action on Grievance Final 3rd level Exhaustion Appeal # 964261 since 7/26/22 and it has been over due for months. See (Exhibits S)

65. There are at the very least 10 to 20 inmates at SCI. Phoenix alone who a Dr. Brazel was sent to see about Electric Razor prescriptions that have not been carried out and allowed by PA. DOC. after Dr. Orders inmates are not allowed the Electric Razor purchase for years. See (Exhibit T)

66. Plaintiff is physically harmed and injured by Defendant mandy Biser-Sipple and Defendant K. Scober denying Plaintiff Electric Razor access.

67. Plaintiff is now being treated by a Ontologist and also has Diabetes as a result of meals Plaintiff is forced to eat. See (Exhibit U)

14.

68. Defendants Mandy Biser-Sipple, Defendant K. Sorber and the CSA. Owens and CSA. Orlando said Plaintiff exhausted the Religious Issues at Central Office and can't raise the same issue again.

69. Plaintiff since September 24th 2021 to date August 13th 2022 continues to be denied to practice his religion at SCT. Phoenix, denied religious diet, denied religious neccessities by Defendants Mandy Biser-Sipple, K. Sorber, George Little, John and Jane Does #4, John and Jane Doe's #5, Tabb Bickell, Rebert Marsh, John Wetzel, Ulli Klemm.

70. The forced meat, flesh, eggs, milk, cheese dairy, turkey, fish, beef, animal product harm Plaintiff and plaintiff injuries at SCT. Phoenix are chloride, creatine, glucose, Platelets, potassium, treyclyceeides, A1C, and Plaintiff is now 236 pounds 4 ounces, and a Diabetic.

71. Plaintiff Religion also requires the shaving of under arm pits and genitalia area and the Electric razor is not just a medical order but also a Religious neccessity too that is being denied.

15.

## Claims

72. Denial To Practice Religion, Denial
Religious Diet, Denial Religious Neccessit-
ies, Retaliatory Acts Over Religious
Fast, Retaliatory Excessive 2nd Body Cavity
Searches In Shower Cage, Retaliatory
Conditions In Medical Cell, Denial Of
Electric Razor Needed for Medical And
Religious Purposes, Retaliatory Grievance
Rejection #925312.

## Constitutional Violations

73. 1st 4Th, 8Th, 14Th Amendment US.
Constitution, RLUIPA Religious Land Use
Institutionalized Persons Act 2000,
Americans With Disabilities Act.
Statutory Title 37 Pa. Codes 93.9

## Injuries

74. Denial Of Electric Razor - Damage To Skin
Facial Legions and Papuls Scarring and Pain.
75. Denial Religious Vegan Diet. Damage To
Health Exacerbation by Deteriation and
Disease.

## Relief

76. Injunctive
77. Declaratory
78. Monetary

16.

79. Certification and Verification Of Complaint I, Alfonso Percy Pew, hereby certify and verify that the foregoing I have wrote and read and it is true and correct under the penalties of perjury for unsworn falsification to law enforcement. 28 U.S.C. § 1746.

Proof Of Service
1st Class mail
United States District Court
Eastern District
601 Market Street
Philadelphia, Pa. 19107

x Alfonso Perry Pew

8/13/22

17.

Case 2:22-cv-01488-JS   Document 12   Filed 08/17/22   Page 18 of 39
Case 3:15-cv-01611-MWB-LT   Document 219-15   Filed 07/19/22   Page 40 of 56
Case 2:03-cv-   28-LPL   Document 209   Filed 02   /15   Page 1 of 1

\* (E X H I B I T  A) \*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ALFONSO PERCY PEW,                                    }
                              Plaintiff,              }
                                                     }    No. 2:03-cv-01728-LPL
          vs.                                        }
                                                     }·  Magistrate Judge Lenihan
JOANNE   TORMA;   DAVE   ROBERTS;                     }
T'SHANNA KYLER; THOMAS FULCOMER;                     }
WILLIAM LOVE; JEFFREY BEARD; PHILIP L.               }
JOHNSON;  MECHLING;  WILLIAM  TERZA;                  }
VICUSI; CULP; EVANS; WILLIAM STICKMAN;               }
NIXON; JAMES META; CAROL A. DEWITT;                  }
COREY A. BISH,                                        }
                              Defendants.             }

## STIPULATION OF DISMISSAL WITH PREJUDICE

          AND NOW, come the Defendants by their attorney, Scott A. Bradley, Senior

Deputy Attorney General, and offer the following:

          1) the Parties have engaged in settlement discussions seeking an amical resolution

of the above-captioned case;

          2) during these negotiations, Plaintiff has been assisted by University of

Pittsburgh Law Students Kyle Webster, Quinn Cozzens and James Baker, under the

supervision of Attorney Bret Grote;

          3) the Parties have mutually agreed and entered into a settlement agreement

covering all claims in the above-captioned case, see Exhibit A (attached hereto); and

          4) accordingly, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil

Procedure, it is hereby stipulated and agreed that the above-captioned case shall be

dismissed with prejudice.

          BY THE COURT:

          _____
          Lisa Pupo Lenihan,
          United States Magistrate Judge

DEF000485

Ref: 3789881 pg 3 of 100 for ALFONSO PEW

(Exhibit B)

| | | (Entered: 03/24/2015) |
|---|---|---|
| 03/26/2015 | 214 | ORDER that the time of the Telephone Conference scheduled for March 30, 2015 has been changed. Originally scheduled for March 30, 2015 at 1:30 PM, the Conference will now be held March 30, 2015 at 2:30 PM. Defense counsel shall make arrangements to have the plaintiff participate telephonically. Signed by Magistrate Judge Lisa Pupo Lenihan on 03/26/2015. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (jmb) (Entered: 03/26/2015) |
| 03/30/2015 | | Minute Entry for proceedings held before Magistrate Judge Lisa Pupo Lenihan: A Status Conference was held on 3/30/2015. Marcia Noles and Margaret Gorden from the D.O.C. also particiapted in the call. Discussion took place about resolving Mr. Pew's dietary issues and ensuring that he begins to receive the vegan meal bag agreed to in the settlement agreement. Mr. Gates advised the Court that he will take responsibility for this. A follow-up telephone conference is scehduled for April 17, 2015 at 10:00 AM. The D.O.C. is ordered to make Mr. Pew available by telephone. (Court Reporter: Richard Ford) Text-only entry; no PDF document will issue. This text-only entry constitutes a Minute of the Court or Notice on the matter. (jmb) (Entered: 03/30/2015) |
| 03/30/2015 | 215 | ORDER granting in part and denying in part 211 Motion "for Plaintiff Civil Allocation Into Court Record Objecting to Stipulation of Dismissal With Prejudice and to be Present by Video Teleconference With Judge Lenihan." A telephone conference was held on this date with Plaintiff, his pro bono counsel and counsel for the Department of Corrections. The Department of Corrections agreed to make sure that Plaintiff is receiving the vegan diet bag agreed to in the settlement agreement. A telephone conference is scheduled for April 17, 2015 at 10:00 am to ensure that this is occuring. Signed by Magistrate Judge Lisa Pupo Lenihan on 3/30/15. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (Lenihan, Lisa) Modified on 3/31/2015 to edit docket text. (ksa) (Entered: 03/30/2015) |
| 04/17/2015 | 216 | Minute Entry for proceedings held before Magistrate Judge Lisa Pupo Lenihan: A Status Conference was held on 4/17/2015. The purpose of this conference was to ensure that plaintiff is receiving the dietary meal that was agreed to in the settlement agreement between the parties. Scott Whalen from the facility at which Mr. Pew is housed- SCI Camp Hill- advised the court that Mr. Pew refused to come to the phone for the conference call. Marcia Noles, Margaret Gordon and Michael Enck were also on the call. They are from the dietary department. Mr. Enck is from the dietary department at SCI Camp Hill and advised the court that Mr. Pew has been receiving the special diet agreed to and that he has not made any complaints, either orally or in writing about his diet. The Court will consider this matter resolved. (Court Reporter: none) (jmb) Modified on 4/20/2015 to correct typos. (ksa) (Entered: 04/17/2015) |
| 04/24/2015 | 217 | NOTICE of 187 Blood Pressure on 4/18/2015 and Threat of Lose of Life by ALFONSO PERCY PEW. (Attachments: # 1 Envelope Notice mailed in) |

(Exhibit C)

# HAIR EXEMPTION

ALPHONSO PEW          # BT-7263

INMATE

_F. William R. Terza_ (signature)     6/6/00

FCPD - SCI PGH          DATE

Fr. William R. Terza

(Exhibit D)

J-S13014-11

Secretary of the Pennsylvania Department of Corrections.  Appellant, a proclaimed follower of the Shetaut Neter faith and member of the Pan-African Association of America, claimed that he suffered "religious persecution" at the hands of prison officials who denied his request to wear religious headgear known as an "Ethiopian Tam."  Appellant claimed prison officials discriminated against him on account of his religion, pointing out that Jewish prisoners are permitted to wear yarmulkes and Muslim prisoners may wear a kufi.  The Religious Accomodations Committee of the Department of Corrections denied Appellant's inmate grievance for security concerns, as the Tam that Appellant requested, unlike the yarmulke and kufi, does not fit flush to the head and could potentially be used to hide weapons or contraband.

Appellant filed a supplemental petition on June 23, 2009, against Kenneth Cooper, an employee of the Department at SCI-Rockview, claiming prison officials illegally confiscated photos of Appellant raising a clenched fist, which Appellant claimed to be a religious posture.  Officials contend they seized the photos for security reasons as they interpreted the gesture to be a gang sign.  In addition, Appellant filed an amended petition on July 21, 2009, claiming he had also been denied permission to purchase an Ankh cross.  Appellant has since been allowed to purchase an Ankh cross.

After both parties submitted briefs on the aforementioned claims, the trial court held hearings on July 30, 2009 and November 17, 2009.  On

- 2 -

(Exhibit E)

3B/004-0/



**pennsylvania**
DEPARTMENT OF CORRECTIONS

TO    **PEW Alfonso**    **BT7263**    **ROC**

FROM    Rev. Ulli Klemm, Religious Services Administrator, DTS

DATE    April 16, 2021

RE    **Religious Accommodation Decision**

Based on the review and evaluation of your recent Religious Accommodation Request by your institution, the Religious Accommodation Review Committee, and the Division of Treatment Services, the Department response to your request is as follows:

**REQUEST:**
To be allowed to purchase Nerviness herbal medicine to combat his hypertension.

**RESPONSE:**
The request to be permitted to purchase Nerviness herbal medicine is denied as this refers to a medical issue rather than a religious one. The inmate is encouraged to have further discussions with medical regarding managing issues related to his health.

4/20 2021    Date inmate sent copy of this decision by CPD    CPD Initials

cc:    CPD Files
     DTS Electronic Files

CPD: **Forward this notification to:**
     Superintendent
     DSCS
     CCPM
     CFSM, as applicable

(Exhibit F)

3B-1604-01

**pennsylvania**
DEPARTMENT OF CORRECTIONS

TO        **PEW Alfonso   BT7263   ROC**

FROM     Rev. Ulli Klemm, Religious Services Administrator, DTS

DATE     April 16, 2021

RE        **Religious Diet DENIAL**

As per **DC-ADM 819**, below is the decision concerning the status of a Religious Diet requested by the individual named above:

**REQUEST:**
Diet - Other
Inmate is requesting a vegan bag diet with raw vegetables and rice cakes or matzah.

**RESPONSE:**
Inmates request for a diet consisting of vegan bags with raw vegetables and rice cakes or matzah is DENIED as the request is not of a religious nature but based on a personal preference. In addition the inmate's commissary purchases within three months of the CEN review process of his request shows inconsistency with the foods he claims his religion prohibits him from consuming. DC-ADM 819 stipulates when the inmate may resubmit a new Religious Diet Request Form for the same diet.

4 / 20 **2021**   Date inmate sent copy of this decision by CPD          CPD Initials _____

**CPD/Designee:**     1. Forward this notification to the inmate named above
                      2. Make **DISAPPROVED** notation in **UMS** and ICAR note, as applicable
                      3. File copy of decision with accommodation paperwork

(Exhibit G)

3B(00V-0)



## pennsylvania
### DEPARTMENT OF CORRECTIONS

TO          **PEW Alfonso**     **BT7263**     **ROC**

FROM        Rev. Ulli Klemm, Religious Services Administrator, DTS ⟵

DATE        April 16, 2021

RE          **Religious Accommodation Decision** ⟵

Based on the review and evaluation of your recent Religious Accommodation Request by your institution, the Religious Accommodation Review Committee, and the Division of Treatment Services, the Department response to your request is as follows:

**REQUEST:**
To purchase an Ankh medallion and chain from the Sidney Charles Company

**RESPONSE:**
The request to purchase an Ankh medallion and chain from the Sidney Charles Company is denied. First, Sidney Charles Company is not an Approved Outside Purchase Vendor (DC-ADM 815). Second, the ability to purchase an ankh and chain is already available in the current Religious Articles Catalog.

4/20/2021  Date inmate sent copy of this decision by CPD      CPD Initials

cc:   CPD Files
      DTS Electronic Files

**CPD:  Forward this notification to:**
      Superintendent
      DSCS
      CCPM
      CFSM, as applicable

---

(Exhibit H)

3B 1004-01

 **pennsylvania**
DEPARTMENT OF CORRECTIONS

TO          **PEW Alfonso**      **BT7263**    **ROC**

            _Ulli Kl_

FROM        Rev. Ulli Klemm, Religious Services Administrator, DTS

DATE        April 16, 2021

RE          **Religious Accommodation Decision**

Based on the review and evaluation of your recent Religious Accommodation Request by your institution, the Religious Accommodation Review Committee, and the Division of Treatment Services, the Department response to your request is as follows:

**REQUEST:**
To purchase incense, oil or fragrance powder to use in his cell

**RESPONSE:**
The request for incense, oil, and fragrance powder is denied as each presents a threat to safety and security. Allowing an inmate to possess oils of any kind presents a safety and fire hazard. Oils could be burned to mask the smell of illegal substances, could be extremely harmful if ingested in quantities and could be also used as a weapon during a cell extraction.  Incense and fragrant powder may also be used to mask smells

_4/20_2021   Date inmate sent copy of this decision by CPD       CPD Initials _JB_

cc:    CPD Files
       DTS Electronic Files

CPD:  **Forward this notification to:**
       Superintendent
       DSCS
       CCPM
       CFSM, as applicable

(Exhibit I)


**pennsylvania**
DEPARTMENT OF CORRECTIONS

3B-1004-01

TO      **PEW Alfonso**      **BT7263**      **ROC**

        Ulli-Kl.

FROM    Rev. Ulli Klemm, Religious Services Administrator, DTS

DATE    April 16, 2021

RE      **Religious Accommodation Decision**

Based on the review and evaluation of your recent Religious Accommodation Request by your institution, the Religious Accommodation Review Committee, and the Division of Treatment Services, the Department response to your request is as follows:

**REQUEST:**
To purchase a CD player and religious CDs

**RESPONSE:**
The request to purchase a CD player and religious CDs is denied. The request for a CD player is not a religious request. The least restrictive means for the inmate to practice the songs of his faith is for him to sing them himself. Instead of religious CDs the inmate may purchase literature appropriate for the study of his religion.

4/20 **2021**   Date inmate sent copy of this decision by CPD      CPD Initials ℬℬ

cc:   CPD Files
      DTS Electronic Files

CPD:  **Forward this notification to:**
      Superintendent
      DSCS
      CCPM
      CFSM, as applicable

(Exhibit J)

3B (004-0)



**pennsylvania**
DEPARTMENT OF CORRECTIONS

TO          **PEW Alfonso          BT7263     ROC**

            *Ulli-Kle*

FROM        Rev. Ulli Klemm, Religious Services Administrator, DTS

DATE        April 14, 2021

RE          **Religious Accommodation Decision**

Based on the review and evaluation of your recent Religious Accommodation Request by your institution, the Religious Accommodation Review Committee, and the Division of Treatment Services, the Department response to your request is as follows:

**REQUEST:**
To purchase a hairnet and an Ethiopian Tam to cover his hair

**RESPONSE:**
Inmate's request for a hairnet is denied as it is not a religious request but is instead related to concerns regarding hygiene. The request for an Ethiopian Tam is denied for several reasons. First, the inmate does not provide a reason why the head coverings already available in the Religious Articles Catalog will not meet his needs.   Second, the does not explain why possessing a tam is an essential part of his faith practice. The inmate may submit a new accommodation providing answers to these questions and also providing DTS with a specific vendor and specific article sold by that vendor which the inmate wishes the Department to review.   The Ethiopian Tam must meet the criteria listed in DC-ADM 815 and DC-ADM 819 regarding the size, color, material, etc. restrictions regarding outside purchases before it will be considered for review.

*4/20* 2021   Date inmate sent copy of this decision by CPD     CPD Initials *XB*

cc:    CPD Files
       DTS Electronic Files

**CPD**: **Forward this notification to:**
       Superintendent
       DSCS
       CCPM
       CFSM, as applicable

---

Division of Treatment Services | 1920 Technology Parkway | Mechanicsburg PA 17050 | 717.728-2000

(Exhibit K)

# VITAL/LAB: WEIGHT

**PEW, ALFONSO**

| | |
|---|---|
| Number: | BT7263 |
| Alt Number: | 4152 |
| Facility: | RC - SCI ROCKVIEW |
| SSN: | 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 |

| | |
|---|---|
| Location | G - B - 1016 - 01 |
| DOB: | 2/21/1973 |
| Gender: | M |
| Agency | SCI ROCKVIEW |

Diagnosis

**\*[F22d#]\*\* Delusional disorder, Persecutory type, \*\*[F43.221]\*\* Adjustment disorders, With anxiety, Cerumen impaction, Constipation, unspec., Diverticulosis of colon, Hyperlipidemia, unspec., Hypertension, benign, Kidney disease, chronic, unspec., Left testicular pain, Neuropathy, unspec., Pain, low back, Patient's noncompliance with other medical treatment and regimen, Pruritus, NOS, Psoriasis, NOS, Sciatica, unspecified side, Screening, cancer, colon, Testicular dysfunction, unspecified**

Allergies   CODEINE

| DATE | TIME | VALUE | PERFORMED BY |
|---|---|---|---|
| 02/03/2021 | 7:51 | 222 lbs | HIBBLER, TAMARA |
| 09/09/2020 | 9:50 | 219 lbs | RILEY, MATTHEW |
| 08/05/2020 | 12:18 | 217 lbs | HOOPER, AMANDA |
| 02/05/2020 | 9:51 | 204.4 lbs | SILKS, MICHELE |
| 08/22/2019 | 12:16 | 207 lbs | KADIEV, MARIYA |
| 04/25/2019 | 13:49 | 208.6 lbs | PRESTON, VERNON |
| 02/20/2019 | 10:20 | NA lbs | ERNST, ETHAN |
| 09/24/2018 | 14:26 | WEIGHT - 209 LBS (9/24/2018 2:00:00 PM) lbs | PRESTON, VERNON |
| 09/24/2018 | 14:00 | 209 lbs | PRESTON, VERNON |
| 12/14/2017 | 12:32 | 204 lbs | LUKEHART, RODGER |
| 01/17/2017 | 9:31 | 195 lbs | BARNES, MARGARET |
| 11/06/2015 | 18:38 | refused lbs | PRINKEY, GARY |
| 09/14/2015 | 21:14 | 163 lbs | SMITH, LAWRENCE |

REPORT GENERATED AT8/7/2021 10:46:59 AM

PAGE 1 OF 1

(EXHIBIT L)

State Correctional Institution
RECEIVED
APR 27 2021
at Rockview
Supt's Assistant's Office

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE
925312
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| N. Paul | S.C.I-R | 4/21/21 |

| FROM: (INMATE NAME & NUMBER) | SIGNATURE OF INMATE: |
|---|---|
| Alfonso Few BT7263 | Alfonso Few BT7263 |

| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: |
|---|---|
| None | Building 1 Treatment |

INSTRUCTIONS: ① "2 Boxes cell content. ② exercise yard daily ③ Covid 19 weekly
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system. cell. ④ Compensation for
2. State your grievance in Block A in a brief and understandable manner. being stripped twice and put in smock as punishments
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of
   staff members you have contacted. ⑤ Not to be forced fed with tube up Nose. ⑥ Monetary damages!
   ⑥ TV on medical POC walls

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two
   pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.
Statement of facts On 4/19/21 LT. Meyers, Cot Hostage
Negotiater, Cot Mattis, Cot Holtzman came to GB1016 and
forced me to be taken to medical Building Strip Cage Camera
where I was made to strip a second time since GB
1016 walk to medical and put in a Smock. I told them
on Camera I was not suicidal nor a threat to anyone.
I am an a Shekaut Netee Religion inspired fast. All
my property was taken and kept in GB1016 my Hygienes
Legal, Religious (2 Boxes of cell content) Now im left
in medical cell #4 Im told there is no exercise
yard back here in cages and Im told NO TVs allowed
on walls of this POC and told no free Covid 19 cell.
I am being threatened that Im going to be forced fed
with a Tube up my Nose. I told everyone involved I
am not on no Hunger Strike I am on a Shekaut Netee
Religion fast and I dont went to be harmed. Im possibly
affected by the risk of them being forced fed My lawful
rights are being violated 8th, 14th see Amendment rights, 42 USC 1983, RLUIPA

B. List actions taken and staff you have contacted, before submitting this grievance.
I put on Camera that my Religion
Fast. I told all Staff Im not on
No Hunger Strike.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

conditions

Signature of Facility Grievance Coordinator                    Date

WHITE Facility Grievance Coordinator Copy        CANARY File Copy        PINK Action Return Copy
GOLDEN ROD Inmate Copy

*DC-ADM 804, Inmate Grievance System Procedures Manual*
*Section 1 – Grievances & Initial Review*                    *Attachment 1-A*
Issued: 1/26/2016
Effective: 2/16/2016



# Facility Manager's Appeal Response

SCI Rockview
1 Rockview Place
Bellefonte, PA, 16823-1664

05/21/2021 09:25

| | | | |
|---|---|---|---|
| **Inmate Name:** | PEW, ALFONSO | **DOC #:** | BT7263 |
| **Facility:** | Rockview | **Unit Location:** | G / B |
| **Grievance #:** | 925312 | | |

This serves to acknowledge receipt of your grievance appeal to the Facility Manager for the grievance noted above. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy", the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to me and any other documents submitted.

**Decision:Uphold Response**

It is the decision of this Facility Manager to uphold the initial response, uphold the inmate, dismiss, or Uphold in part/Deny in part. This response will include a brief rationale, summarizing the conclusion, any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.

**Response:**

I have reviewed the initial grievance, the grievance officer response, and the subsequent appeal of your issues relating to your concerns with Conditions.

Mr. Brubaker adequately responded to your grievance. Within your grievance you discuss being taken to Medical and forced to strip a second time and put in a smock. You discuss you are not on a hunger strike and should not be in Medical, as it is a religious fast. You discuss not having your property, no exercise yard, no free Covid call, or TVs on the wall. You further discuss you're affected by the risk of being force feed.

Within the grievance you discuss being taken to Medical and then the conditions in the POC cell. There are separate issues and needed to be presented separately. Additionally, you state you are affected by the risk of being force fed, as you have not been force fed you cannot grieve something that has not happened. Your grievance fails to comply with DC ADM 804 and was properly rejected.

Your grievance appeal is denied and any compensation requested is denied.

| | |
|---|---|
| **Signature:** | |
| **Name:** | B. Salamon |
| **Title:** | Facility Manager |
| **Date:** | 5/21/21 |

CC: DC-15
File

DC-ADM 804, Inmate Grievance System Procedures Manual

Section 2 - Appeals, Attachment 2-B

BT7263   Grievance #:925312

PEW, ALFONSO

Issued: 1/26/2016 Effective: 2/16/2016

Page1 of 1

(Exhibit M)



# Final Appeal Decision Dismissal

07/12/2021 11:22

Secretary's Office of Inmate Grievances & Appeals
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

GB

| Inmate Name: | PEW, ALFONSO | DOC #: | BT7263 |
|---|---|---|---|
| SCI Filed: | Rockview | Current SCI: | Rockview |
| Grievance #: | 925312 | | |

This serves to acknowledge receipt of your appeal to final review for the grievance identified above. In accordance with the provisions of DC-ADM 804, Inmate Grievance System Policy, this Office has reviewed all documents provided as part of the grievance record. Upon consideration of the entire record, it is the decision of this office to dismiss your appeal to final review due to a failure to comply with the provisions of the DC-ADM 804, as specified below.

**Decision:** Dismiss

Your grievance was properly rejected at the facility level for the reason(s) outlined below.

**Rationale:**

- Grievance or appeal must be legible, understandable, and presented in a courteous manner.
- Grievances based upon different events must be presented separately.

**Response:**

This office concurs with the decisions of the Grievance Coordinator and the Facility Manager.

| Signature: | *Keri Moore fm* |
|---|---|
| Name: | D. Varner |
| Title: | Chief Grievance Officer |
| Date: | 07/12/21 |

cc: DC-15/Superintendent - Rockview
   Grievance Office

---

(Exhibit O)

THERAPEUTIC DIET ID CARD

EXPIRES: ?

START DATE
11/15/17

PEW

BT7263

VEGAN

ALFONSO

BB
21

(Exhibit P)

# THERAPEUTIC DIET DAILY ATTENDANCE RECORD — RHU/RMU

CODE: R= RECEIVED / N = NO SHOW / X = REFUSED



EXHIBIT B

( Exhibit Q )

DC-75
Rev. 3-89

D.E.A.

m5
POD I

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**STATE CORRECTIONAL INSTITUTION**

AT: SCIC          PA ZIP          PH: _____

INMATE NAME: Dew, Alfonso     DOC # BT-7263

AGE _____          DATE 6/22/94

Rx

May purchase electric razor

— he has pseudofolliculitis; mod.
severe (razor bumps)

SUBSTITUTION PERMISSIBLE _____
IN ORDER FOR A BRAND NAME PRODUCT TO BE DISPENSED, THE PRESCRIBER
MUST HANDWRITE "BRAND NECESSARY" OR "BRAND MEDICALLY NECESSARY" IN
THE SPACE BELOW _____

C. Newfield PA-C
Colleen Newfield, PA-C
SCIG Physician Assistant

LABEL ☐   REFILL _____   TIME(S)

(Exhibit R)

**DC-78**

**COMMONWEALTH OF PENNSYLVANIA**
DEPARTMENT OF CORRECTIONS

**DISPENSARY CARD**

Inmate Identification

D.O.B. 2-21-1973

SSN 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

Inst. No. BT-7263

Name Pew, Alfonso

mas— Codeine

Hypersensitivity                        Signature

Medication or Treatment

| Date | |
|---|---|
| 6/22/94 | S: Sick line. Requests elec. razor for razor bumps |
| | O: Mod # of papules surrounding hairs in beard area |
| | P: Mod. pseudo folliculitis |
| | P: Script sent for permission to buy elec razor. C. Teufeld PA-c |
| 6/23/94 | for TT transfer to SCI Graterford 6/23/94 on Mellowoned Librium Delivd → hd 3 units |

Received ___ year old ___ BH male from

SCI Camphill Institution. Do you have any current

medical problems? psych prob Taking medication(s) - Yes.

Did you sustain any injury during transport? no

Librium 5mg Daily - 2 caps sent. + R×F med @ 2000.

will take dose tomorrow

Carbamide perx 6.5% otic gtts ii ⊕ ear to pt @ 2000. R. Sk

metamucil orange packets i Daily

recd fm c. camphill rf

| 6/28/94 | Vital signs: - T 98.5° - 76 - 16. BP 138/98 | ordered by Dr. Sewell |
| | wt 149.5 lbs as | |

DR. S—
MSewell MD

| State Correctional Institution at PHOENIX | | Inmate Pass | Date: | 3/29/2022 |
|---|---|---|---|---|
| | (Exhibit T) | Housing: J-B-1019 | Callout#: | 4830051 |
| Inmate: BT7263   PEW, ALFONSO ← | | Location | Arrive: | 1130 |
| Staff | Appointment | | Depart: | 1145 |
| D Henry | HOLD TO CALL DL DR. BAZEL ← | WEST - Building 3A - Medical Waiting Area | | |
| Comments: | | Job: GLP | | |
| Issuing Authority: | | Time Left: | Return To: | |
| Destination Authority: | | Time Arrived: | Time Left: | |
| Return Authority: | | Time Returned: | | |

**\*\*\* YOU ARE TO REPORT TO THE STAFF MEMBER / APPOINTMENT AT LOCATION LISTED ABOVE \*\*\***

**\*\*\* FAILURE TO RESPOND TO PASS WILL RESULT IN A MISCONDUCT \*\*\***



(Exhibit S)

2022

**Secretary's Office of Inmate Grievances & Appeals**
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

JB 901901

This serves to acknowledge receipt of information associated with your intent to appeal a grievance (identified below, if available) to final review, to communicate your concern(s) to the Secretary's Office of Grievances and Appeals, and/or to check the status of review related to your matter.

| Inmate Name: | Alfonso Pew | | Inmate Number: | BT7263 |
|---|---|---|---|---|
| SCI Filed at: | Phoenix | | Current SCI: | Phoenix |
| Grievance # (if available): | 964261, 973795, 973800, 974059, 976982, 979015 | | | |

| | | |
|---|---|---|
| | | a) You have already received final disposition/review on this issue through this Office. |
| | | b) This Office has no prior record of receipt of an appeal from you regarding this issue. |
| | | c) You have already filed a grievance to seek review and resolution of this matter. |
| | | d) You are encouraged to work through institutional channels to resolve your complaint initially.  If unable to resolve your complaint informally, be advised that DC-ADM 804 provides a mechanism for all inmates to seek formal resolution for concerns. |
| | | e) You failed to provide the official grievance number for identification purposes. |
| | | f) Your claim to have grieved and/or appealed this concern at the institutional level without response does not entitle you to direct appeal to final review.  Rather, contact the Grievance Coordinator or Facility Manager's office regarding the status of your appeal. |
| | | g) You have not yet appealed this issue to the Facility Manager.  Final review will not be granted until you do so.  Upon receiving a response from the Facility Manager at the respective facility, you may once again submit a timely written appeal to this Office for final review.  Be sure that your appeal to this office includes **all** the necessary documents as outlined in DC ADM 804.  If **all** documents are not received with your appeal, it may be dismissed.  This response does not grant you a right to an appeal if it would otherwise have been untimely to pursue that appeal to the Superintendent. |
| | X | h) Your grievance and/or correspondence is being filed without further action for the reason(s) specified in the Comments/Action Taken section below. |
| | | i) The following action has been taken in response to the inquiry, request, or concern communicated in your letter. |

**Comments/Action Taken:**
This is in response to your letter sent to this office dated 6/26/22, which is in reference to the above listed grievance numbers. Review of our inmate grievance tracking system finds the following:

973795, 973800, 974059 & 976982 – since the date of your letter, you have been sent final review responses and/or referral notices for all of these grievances.
964261 – this grievance is still pending for review by the Bureau of Healthcare Services, I have emailed someone from the bureau in hopes of expediting their response.
979015 – our office has received your appeal and our response is not yet due nor completed.

| Signature: | Keri Moore | KM | Title: | Assistant Chief Grievance Officer |
|---|---|---|---|---|
| Date: | 07/26/22 | | | |

KLM/TAK

cc: DC-15/Superintendent – PHX
     Grievance Office

**State Correctional Institution at PHOENIX**

(Exhibit 4)

| | | Inmate Pass | | Date: | 7/28/2022 |
|---|---|---|---|---|---|
| Inmate: | BT7263   PEW, ALFONSO | | Housing: J-B-1019 | Callout#: | 4912619 |
| Staff | Appointment | Location | | Arrive | 1330 |
| D Henry | ONCOLOGY TELEMED-PM DR. ANMINO | HOLD TO CALL | | Depart: | 1345 |

Comments:

Job: J-B Unit Janitor - 1st Shift

| | |
|---|---|
| Issuing Authority: _____ | Time Left: 1315    Return To: _____ |
| Destination Authority: _____ | Time Arrived: _____    Time Left: _____ |
| Return Authority: _____ | Time Returned: _____ |

*** YOU ARE TO REPORT TO THE STAFF MEMBER / APPOINTMENT AT LOCATION LISTED ABOVE ***

*** FAILURE TO RESPOND TO PASS WILL RESULT IN A MISCONDUCT ***

Mr. Alfonso Percy Pew
No. BT-7263
S.C.I. Phoenix 1200 MoKychie Drive
Collegeville, Pa. 19426

PA DEPARTMENT OF
CORRECTIONS
INMATE MAIL

US POSTAGE $002.04

To Eastern District OPP Pennsylvania
Clerk Office OF
United States District Court
601 Market Street
Philadelphia, Pa. 19106-9865