IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALFONSO PERCY PEW | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | No. 22-cv-1488 |
| GEORGE LITTLE, *et al*. | : | |

## ORDER

AND NOW, this 12th day of May, upon consideration of Defendants Mandy Biser-Sipple and Sorber's Motion to Dismiss (ECF No. 44), for the reasons stated in the accompanying Memorandum, it is hereby ORDERED the Motion is GRANTED WITH PREJUDICE as to Pew's ADA claim and WITHOUT PREJUDICE as to his Eighth Amendment claim.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.