IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALFONSO PERCY PEW | : | CIVIL ACTION |
| | : | |
| v. | : | No. 22-1488 |
| | : | |
| GEORGE LITTLE, et al. | : | |

## ORDER

AND NOW, this 27th day of August, 2025, upon consideration of Defendant Mandy Biser Sipple's Motion for Summary Judgment (ECF No. 110) and Plaintiff Alfonso Percy Pew's response thereto, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED the Motion is GRANTED.[1] Judgment is entered in favor of Defendant Biser Sipple. The Clerk of Court is DIRECTED to mail Pew (1) a copy of this order and the accompanying memorandum and (2) a copy of the docket in this case.

It is FURTHER ORDERED that because the Court has entered judgment in favor of Biser Sipple, Pew's Motion for a Rule to Show Cause Upon Counsel Tara J. Wikhian (ECF No. 121), Motion for Clarification and Rule to Show Cause (ECF No. 122), Motion for Status Report (ECF No. 125), and Motion for Clarification on the Stay (ECF No. 126) are DENIED AS MOOT.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] On August 19, 2025, due to the cyberattack against the Pennsylvania Attorney General's Office, Chief Judge Wendy Beetlestone entered a standing order staying all cases in this district in which an attorney from the Pennsylvania Attorney General's Office had entered an appearance. The stay is in effect until September 18, 2025. However, the order also authorized any judge presiding over such a matter to lift the stay if warranted by extenuating circumstances. Here, the Court finds it appropriate to temporarily lift the stay because discovery is complete, summary judgment is fully briefed, and because judgment will be granted in favor of Biser Sipple, thus terminating the case and requiring no further action from the Pennsylvania Attorney General's Office at this stage. Following the issuance of this order, the Court will reinstate the stay until **September 18, 2025**. On September 18, 2025, the Court will lift the stay, thus beginning the 30-day period in which Pew has to file a notice of appeal, should he wish to do.